# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>INDEGENE INC.,<br><br>    Defendant | Case No.: 3:24-cv-04927<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of its motion to dismiss Plaintiff William Nelson's Complaint, and upon all of the papers and proceedings herein, Defendant Indegene Inc., by and through its counsel, Seyfarth Shaw LLP, will move this Court before the Honorable Michael A. Shipp, United States District Judge, on October 7, 2024, at the Clarkson S. Fisher Building & U.S. Courthouse 402 East State Street Trenton, NJ 08608, Courtroom 5W, for an Order: (i) granting Defendant's motion to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and (ii) for such other and further relief as the Court may deem just and proper.

Date: June 21, 2024

        Respectfully submitted,
        SEYFARTH SHAW LLP

        By  */s/ Cameron A. Smith*
            Cameron A. Smith
            Max Scharf (*pro hac vice* forthcoming)
            Seyfarth Shaw LLP
            620 Eighth Avenue, 32nd Floor
            New York, New York 10018-1405
            (212) 218-5500
            casmith@seyfarth.com
            mscharf@seyfarth.com
        *Attorneys for Defendant Indegene, Inc.*

## CERTIFICATE OF SERVICE

    I, Cameron A. Smith, hereby certify that on June 21, 2024, I electronically filed the foregoing Notice of Motion, Memorandum of Law in Support, and Proposed Order via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Cameron A. Smith*
                                        Cameron A. Smith